

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Tray Don Goswick,         * From the 132nd District Court
of Scurry County
Trial Court No. 10396.

Vs. No. 11-16-00274-CR         * September 13, 2018

The State of Texas,         * Opinion by Bailey, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and we render a judgment of acquittal.